UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

v.                                          **DECISION AND ORDER**
                                             09-CR-240S
EMANUELE TESORO

                Defendant.

1. On July 28, 2009, the Defendant entered into a written plea agreement (Docket No. 16) and pled guilty to Count One of the Information (Docket No. 1) charging a violation of Title 18, U.S.C. Section 545 (smuggling goods into the United States) and admits to Count Two, a Forfeiture Allegation.

2. On July 29, 2009, the Honorable Hugh B. Scott, United States Magistrate Judge, filed a Report and Recommendation (Docket No.17) recommending that Defendant's plea of guilty be accepted and the Defendant adjudicated guilty.

3. This Court has not received objections to the Report and Recommendation in accordance with 28 U.S.C. §636(b)(1)(C) and Local Rule 58.2(a)(3).

4. This Court has carefully reviewed *de novo* Judge Scott's Report and Recommendation, the plea agreement, transcript of the proceeding, and the applicable law. Upon due consideration, this Court finds no legal or factual error in Judge Scott's Report and Recommendation, and will accept Judge Scott's recommendation that Defendant's plea of guilty be accepted and that the Defendant be adjudicated guilty as charged.

IT HEREBY IS ORDERED, that this Court accepts Judge Scott's Report and Recommendation (Docket No. 17) in its entirety, including the authorities cited and the reasons given therein.

FURTHER, that the plea of guilty of Emanuele Tesoro is accepted, and he is now adjudged guilty of Title 18, U.S.C. Section 545.

SO ORDERED.

Dated: December 20, 2009
       Buffalo, New York

                                             /s/ William M. Skretny
                                              WILLIAM M. SKRETNY
                                            United States District Judge